STATE OF NORTH CAROLINA v. RALPH EDWIN TATE, JR.

No. 507A82

(Filed 11 January 1983)

APPEAL by the State of North Carolina pursuant to N.C.G.S. 7A-30(2) from the decision of the Court of Appeals (*Judges Robert Martin* and *Arnold* concurring, *Judge Vaughn* dissenting), reported in 58 N.C. App. 494, 294 S.E. 2d 16 (1982), which granted a new trial to defendant from the judgment entered by *Seay, Judge,* at the 11 May 1981 Criminal Session of FORSYTH Superior Court.

*Rufus L. Edmisten, Attorney General, by Lucien Capone III and Richard L. Kucharski, Assistant Attorneys General, for appellant.*

*Morrow and Reavis, by John F. Morrow, for appellee.*

PER CURIAM.

Affirmed.